UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAM FRANCOIS, et al.,

                     Plaintiffs,                    **ORDER**

- v -

                                              CV-11-3223 (JBW)(VVP)

THE CITY OF NEW YORK, et al.,

                     Defendants.
-------------------------------------------------------------x

       The defendants have moved to compel the plaintiffs to provide releases to permit the unsealing of records concerning their prior arrests. The plaintiffs do not oppose the motion, and in fact had agreed, through their counsel, to provide the releases over a month ago. They nevertheless have not done so to date, and the deadline for completing factual discovery is fast approaching. Accordingly, the plaintiffs are hereby ordered to produce the necessary releases by January 30, 2012. Failure to do so will result in appropriate sanctions under Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure.

                                                     **SO ORDERED:**

                                          *Viktor V. Pohorelsky*
                                          VIKTOR V. POHORELSKY
                                          United States Magistrate Judge

Dated:    Brooklyn, New York
               January 20, 2012